IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| TED WILSON LEE DRAKE, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| VS. | : | NO. 5:22-CV-370-MTT-MSH |
| | : | |
| Sheriff GARY LONG; *et al.*, | : | |
| | : | |
| Defendants. | : | |

## **ORDER**

On November 9, 2022, Plaintiff was ordered to file a recast complaint using the Court's standard 42 U.S.C. § 1983 form and to submit a certified copy of his trust fund account statement for the last six months. ECF No. 6. Plaintiff did not respond to this Order.

On December 7, 2022, the Court ordered Plaintiff to show cause why his case should not be dismissed for failure to comply with the Court's November 9, 2022 Order. ECF No. 8. Plaintiff requested more time to respond, and the Court granted his motion for an extension of time to file the necessary documents. ECF Nos. 9; 10. Plaintiff was given fourteen days from December 20, 2022 to file his recast complaint and certified copy of his trust fund account statement. ECF No. 10. Plaintiff was informed that if he failed to timely comply, his action would be "dismissed without further delay." *Id*. at 1. Plaintiff has not filed his recast complaint or a certified copy of his trust fund account statement.

Due to Plaintiff's failure to follow the Court's Orders and prosecute this action, the case is hereby **DISMISSED WITHOUT PREJUDICE**. Fed. R. Civ. P. 41(b); *Brown v. Tallahassee Police Dep't*, 205 F. App'x 802, 802 (11th Cir. 2006) (citing Fed. R. Civ. P.

41(b) and *Lopez v. Aransas Cnty. Indep. Sch. Dist.*, 570 F.2d 541, 544 (5th Cir. 1978)) ("The court may dismiss an action *sua sponte* under Rule 41(b) for failure to prosecute or failure to obey a court order.").

**SO ORDERED**, this 20th day of January, 2023.

<u>S/ Marc T. Treadwell</u>
MARC T. TREADWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT